UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:  RICHARD M VORASE II<br>5437 E COLONY RD<br>ST JOHNS, MI 48879 | CASE NO: HL-06-04212<br>Chapter 13<br>HON. JEFFREY R HUGHES<br>Filed: Aug 30, 2006 |

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES, Mary K. Viegelahn, Chapter 13 Trustee ("Trustee") and files her Motion to Dismiss for the following reasons:

FAILURE TO FILE AN AMENDED SCHEDULE I, J AND A STATEMENT THAT SHOWS HOW THE INCOME, EXPENDITURES AND MONTHLY INCOME ARE CALCULATED. PURSUANT TO 11 U.S.C. SECTION 521 (f)(4)(b). THIS IS REQUIRED ANNUALLY WITHIN 45 DAYS OF THE ANNIVERSARY OF THE CONFIRMATION DATE. THE PLAN WAS CONFIRMED ON JUNE 6, 2007.

WHEREFORE, your Trustee respectfully prays:

A.   That this Court enter an Order dismissing the {Debtor's} Chapter 13 Case.

B.   That this Court grant such other relief as it finds just and equitable.


Aug 24, 2009
/s/ Mary K. Viegelahn
Mary K. Viegelahn (P42327)
CHAPTER 13 TRUSTEE
415 W. Michigan Avenue
Kalamazoo, MI 49007
(269)343-0305

This document has been electronically filed with the Court and the Attorney for Debtor and mailed to the Debtor.

Attorney for Debtor:
   KARL A H BOHNHOFF
   912 CENTENNIAL WAY STE 320
   LANSING, MI 48917